*1062690080*

ORIGINAL

FILED
SUPREME COURT
STATE OF OKLAHOMA

OCT - 2 2025

SELDEN JONES
CLERK

Rule 1.301, Form No. 4

IN THE SUPREME COURT OF THE STATE OF OKLAHOMA

Exhibit 2

| | | |
|---|---|---|
| Ryan Coleman<br>Petitoner, | ) | |
| Plaintiff/Appell____, | ) | |
| vs. | ) | No. #123463 |
| Ebony Coleman<br>Real Party Interest, | ) | |
| Defendant/Appell____. | ) | |

AFFIDAVIT IN SUPPORT OF
MOTION TO PROCEED IN FORMA PAUPERIS

--------ORIGINAL--------
Receipted ________
Marshall ________
Reynolds ________
Cert mailed ________
Updated ________

STATE OF OKLAHOMA

In the Supreme Court of Oklahoma:

I, Ryan Coleman depose and say that I am the Petitoner in ~~the~~ above-entitled case; that in support of my motion to proceed without being required to repay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to redress; and that the issues which I desire to present are just.

I state under penalty of perjury under the laws of Oklahoma that the foregoing is true and correct.

10-2-25
Date

[signature]
Affiant