*1062690670*

# ORIGINAL

Exhibit # 6

IN THE SUPREME COURT OF THE STATE OF OKLAHOMA

| | | |
|---|---|---|
| RYAN COLEMAN,<br><br>Petitioner,<br><br>v.<br><br>THE HONORABLE JAMES M. SIDERIAS,<br><br>Respondent,<br><br>and<br><br>EBONY COLEMAN,<br><br>Real Party in Interest. | ) | No. 123,463 |

Rec'd (date) 11-3-25
Posted
Mailed
Distrib
Publish ____ yes X no

FILED
SUPREME COURT
STATE OF OKLAHOMA

NOV - 3 2025

SELDEN JONES
CLERK

ORDER

By order of this Court on October 3, 2025, Petitioner was directed to file an entry of appearance, a notice, and provide proof of service of Petitioner's application and petition. Petitioner has failed to substantially comply with the Court's order as to notice and proof of service. Accordingly, this original proceeding is dismissed.

DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE THIS 3rd DAY OF NOVEMBER, 2025.

CHIEF JUSTICE

ALL JUSTICES CONCUR.