**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **RYAN COLEMAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-30-G** |
| | ) | |
| **MIRANDA LONG, Guardian ad Litem, in her individual capacity, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

# ORDER TO SHOW CAUSE

Plaintiff Ryan Coleman filed a pro se complaint on January 8, 2026. On January 30, 3026, a mailing from the Court was returned as undeliverable. *See* Doc. No. 3. Since that date, Plaintiff has not updated his address or otherwise been in contact with the Court.

It is Plaintiff's responsibility to notify the Court of any changes to his contact information. *See* LCvR 5.4. Under Federal Rule of Civil Procedure 41(b), if a plaintiff "fails to prosecute," the Court may dismiss the action. Fed. R. Civ. P. 41(b).

IT IS THEREFORE ORDERED that if Plaintiff wishes to pursue this action, he must respond in writing within fourteen (14) days of the date of this Order and show cause for this deficiency. Otherwise, this action is subject to being dismissed without prejudice.

The Clerk of Court is directed to mail this Order to Plaintiff at the last known address given to the Court.

IT IS SO ORDERED this 4th day of June, 2026.

CHARLES B. GOODWIN
United States District Judge