IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF OKLAHOMA

FILED

JUN 15 2026

JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY ________, DEPUTY

RYAN COLEMAN, )

)

Plaintiff, )

)

v. ) Case No. CIV-26-30-G

)

MIRANDA LONG, Guardian ad Litem, )

in her individual capacity, et al., )

)

Defendants. )

PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

Plaintiff Ryan Coleman, appearing pro se, respectfully submits this Response to the Court's June 4, 2026 Order to Show Cause.

Plaintiff wishes to pursue this action and respectfully requests that the Court not dismiss this case for failure to prosecute.

Plaintiff received the Court's Order to Show Cause at his correct mailing address. Plaintiff has not abandoned this action. Plaintiff has remained actively interested in the status of this matter and has taken steps to stay in contact with the Court.

After learning of the returned mailing referenced in the Court's Order, Plaintiff personally appeared at the United States District Court for the Western District of Oklahoma to inquire about the status of this case and to address any concern regarding his contact information. Plaintiff worked with Clerk's Office staff regarding the address issue and believed at that time that any address issue had been corrected or was being corrected.

Plaintiff respectfully notes that he personally appeared at the courthouse after the returned mailing and spoke with Clerk's Office personnel regarding the status of this case and his contact information. Plaintiff believed at that time that any address issue had been resolved.

Plaintiff also followed up with the Britton Post Office in Oklahoma City, Oklahoma, concerning the returned mailing referenced in the Court's Order. Plaintiff was informed that the supervisor was not working on the day of his inquiry, but that the Post Office would prepare a letter or provide additional information if the Court requires further confirmation.

Plaintiff respectfully states that any returned mailing was not due to abandonment of this case or lack of intent to prosecute. Plaintiff has received communication from the Court, personally contacted the Court regarding this matter, attempted to confirm and correct his mailing information, followed up with the Post Office, and remains ready to proceed.

Plaintiff's current contact information is:

Ryan Coleman

1013 NE 120th Street

Oklahoma City, Oklahoma 73131

Phone: (405) 990-6979

Email: Ryan@LiveUnitedOKC.com

WHEREFORE, Plaintiff respectfully requests that the Court find this Response sufficient, discharge the Order to Show Cause, confirm Plaintiff's current contact information on the docket, and allow this action to proceed on its merits.

Respectfully submitted,

/s/ Ryan Coleman

Ryan Coleman, Plaintiff Pro Se

1013 NE 120th Street

Oklahoma City, Oklahoma 73131

(405) 990-6979

Ryan@LiveUnitedOKC.com

Date: 06/15/2026

CERTIFICATE OF SERVICE

I certify that on this __15__ day of June, 2026, I filed the foregoing Response to Order to Show Cause with the Clerk of Court and served a copy upon all parties or counsel of record as required.

/s/ Ryan Coleman

Ryan Coleman