IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

FILED

JUN 16 2026

JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY ______, DEPUTY

RYAN COLEMAN,
Plaintiff,

v.

Case No. CIV-26-30-G

MIRANDA LONG, Guardian ad Litem,
in her individual capacity, et al.,

Defendants.

Supplement

PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

Plaintiff Ryan Coleman, appearing pro se, respectfully submits this Response to the Court's June 4, 2026 Order to Show Cause.

Plaintiff wishes to pursue this action and respectfully requests that the Court not dismiss this case for failure to prosecute.

The Court's Order states that a mailing from the Court was returned as undeliverable and that Plaintiff had not updated his address or otherwise been in contact with the Court. Plaintiff respectfully submits that he has not abandoned this action, has remained actively interested in this case, and has taken steps to address the mail-delivery issue.

Plaintiff's correct and current mailing address is:

Ryan Coleman
1013 NE 120th Street
Oklahoma City, Oklahoma 73131

Plaintiff ultimately received the Court's June 4, 2026 Order to Show Cause at this address. After learning of the returned mailing issue, Plaintiff personally appeared at the United States District Court for the Western District of Oklahoma to inquire about the status of this case and to address any concern regarding his contact information. Plaintiff also worked with Clerk's Office personnel regarding the address issue.

Plaintiff further contacted the Britton Post Office in Oklahoma City, Oklahoma, regarding the returned mailing. Attached as Exhibit 1 is a June 16, 2026 letter from the United States Postal Service confirming that Plaintiff's mail had been returned in error.

In that letter, USPS confirms that Plaintiff had previously visited the Britton Post Office in March 2026 to discuss mail being returned to senders as "Vacant" or "Unable to Forward." USPS further confirms that Plaintiff explained he was not receiving mail at his address, that he had been working out of town for a short period of time, and that he had not placed his mail on hold. USPS states that the carrier mistakenly believed Plaintiff had moved without forwarding his mail to a new address, which caused Plaintiff's mail to be returned in error.

USPS further states that it spoke with the carrier, corrected the error, resumed delivery of Plaintiff's mail as addressed, and apologized for the inconvenience caused by the postal error.

The returned mailing referenced by the Court was therefore not the result of Plaintiff abandoning this action, failing to prosecute, or intentionally failing to update his address. It was the result of a documented postal delivery error.

This issue is also consistent with prior documented mail-delivery problems. As reflected in the attached exhibits, Plaintiff had previously raised concerns regarding legal mail not being received, returned certified mail, and mail being forwarded or delivered incorrectly. Plaintiff has continued to use the same residential address and has made efforts to correct mail-delivery problems when they became known to him.

Plaintiff did not avoid communication from the Court. Plaintiff received the Order to Show Cause, personally appeared at the courthouse, contacted USPS, obtained written documentation from USPS, and now files this response within the time permitted by the Court.

Plaintiff's current contact information is:

Ryan Coleman
1013 NE 120th Street
Oklahoma City, Oklahoma 73131
Telephone: (405) 990-6979
Email: Ryan@LiveUnitedOKC.com

WHEREFORE, Plaintiff respectfully requests that the Court find good cause has been shown, discharge the Order to Show Cause, confirm Plaintiff's current contact information on the docket, and allow this action to proceed on its merits. Plaintiff further requests any other relief the Court deems just and proper.

Respectfully submitted,

/s/ Ryan Coleman

Ryan Coleman, Plaintiff Pro Se
1013 NE 120th Street
Oklahoma City, Oklahoma 73131

(405) 990-6979
Ryan@LiveUnitedOKC.com

Date: 6-16-26

CERTIFICATE OF SERVICE

I certify that on this 16 day of June, 2026, I filed the foregoing Response to Order to Show Cause with the Clerk of the Court and served all parties entitled to notice.

/s/ Ryan Coleman

Ryan Coleman