UNITED STATES
POSTAL SERVICE

June 16, 2026

Ryan Coleman
1013 NE 120TH Street
Oklahoma City, OK 73131

Dear Mr.Coleman

Thank you for contacting the United States Postal Service. This letter is in response to your recent inquiry regarding your mail delivery service.

In the eariler part of March 2026, you visited the Britton Post Office to discuss your mail being returned to the sender as Vacant or Unable to forward. During our conversation, you explained to me that you weren't receiving any mail at your address and that you had been working out of town for a short period of time but did not place your mail on hold. While you were away, our carrier mistankly thought you had moved without forwarding your mail to a new address, thus causing all of your mail to be returned in error.

I spoke with the carrier and was able to get the error corrected and resume delivery of your mail as addressed. I sincerely apologize for any inconvience this error on our part may've caused you. If I may be of further assistance to you in this or any future postal matter, please contact me.

Sincerely,

BRITTON STATION OKLAHOMA CITY OK
JUN 16 2026
73114-9998 USPS

Shawn Goosby
Britton Station
405-848-0005 office
405-992-2915 cellphone

Gmail

Ryan Coleman <liveunitedokc@gmail.com>

## Fwd: Mail coordination

1 message

**Ryan Coleman** <ryan@liveunitedokc.com> 16 June 2026 at 14:15
To: Ryan Coleman <liveunitedokc@gmail.com>

Sent from my iPhone

Begin forwarded message:

**From:** Ryan Coleman <ryan@liveunitedokc.com>
**Date:** March 7, 2025 at 11:43:10 AM CST
**To:** Steve Ditto <steve@dittolawoffices.com>
**Subject: Fwd: Mail coordination**

This is the correspondence with also with the MyFamily wizard , it's also on the transcript I gave you. Here's the picture.

11:40 LTE

7 Messages

## Mail coordination

communicate when I have mail?

From **Ebony Coleman**
on **05/06/2024 at 5:33 PM**

Ryan

The mail was forwarded a long time ago when we moved here. Not after the no contact order. You can confirm the date with the USPS.

Please change your address so you can receive future mail.

Reply Reply All






**From:** Ryan Coleman <liveunitedokc@gmail.com>
**Date:** February 14, 2025 at 1:37:00 PM CST
**To:** Allyson Dow <allyson@henrydowlaw.com>
**Cc:** Crystal Pietroforte <crystal@henrydowlaw.com>, Ryan Coleman <ryan@liveunitedokc.com>, Miranda Long <mirandalonglaw@gmail.com>
**Subject: Re: Mail coordination**

Dear Allyson,

I appreciate your correspondence regarding the discovery requests. I want to clarify that I am not refusing your request, but I need a couple of days to consult with an attorney before I can provide a definitive answer.

It is concerning that your client was aware I wasn't receiving my mail. In court on October 30, both you and the court were made aware that I hadn't been receiving my mail, when you handed me my mail at the last hearing I reminded you and Ebony was first made aware of this issue on May 6. Additionally, she had withheld important mailings along DHS appeal documents that were forwarded to her address and did not provide those documents to me until after the appeal date had passed, which significantly impacted my case.

Given the upcoming deadlines and the time-sensitive nature of some documents, I find it essential to approach this matter with caution. If electronic delivery is an option, I'll let you know as soon as possible. I am willing to work with you on this. I kindly ask that you send the requested documents with tracking, as I will review them with legal counsel and respond accordingly. Additionally, please confirm the estimated delivery timeline for these documents, as I need to ensure they arrive before the deadline.

Thank you for your understanding.

Best regards,
Ryan Coleman
Ryan@liveunitedokc.com

> On Feb 14, 2025, at 11:35 AM, Allyson Dow <allyson@henrydowlaw.com> wrote:
>
> Do you have our second set of discovery requests? Will you agree to answer them via the electronic one we sent or do I have to resend via certified mail?

Thank you,

Allyson Dow
HENRY + DOW

On Feb 14, 2025, at 11:31 AM, Ryan Coleman <liveunitedokc@gmail.com> wrote:

The same address you've had 1013 NE 120th OKC, ok 73131 and I'm sorry I mean to send you the stack of mail you handed me at the hearing. I didn't see it in that stack.
<image0.jpeg>

Sent from my iPhone

On Feb 14, 2025, at 11:17 AM, Allyson Dow <allyson@henrydowlaw.com> wrote:

Hi Ryan-

I will instruct my client to give you any mail that arrives at her residence that is for you.

What mailing address can we mail these discovery requests to you at so you can get it?

Thank you,

ALLYSON DOW

<H+D+M+A.png>
**www.henrydowlaw.com**

**OKC Office**: 1211 N. Shartel Avenue, Suite 1005, OKC, OK 73103: 405.605.0681
Tulsa Office- *available upon request*

**Make a Secure Payment with your Debit/Credit card at:**
https://pay.gravity-legal.com/standing-link/2151f28c-327a-4f5b-b6e2-a9f493d8ff74

On Thu, Feb 13, 2025 at 11:26 PM Ryan Coleman <liveunitedokc@gmail.com> wrote:

> Hi Crystal,
>
> I hope you're doing well. I wanted to follow up regarding our ongoing mail coordination.
>
> Last week during the hearing, Allyson provided me with a bundle of mail, which has highlighted the fact that I am not receiving all of my mail as expected. I had attempted to address the lack of mail delivery during our conversation, and I believe that any necessary discovery could have

been exchanged at that time, which might have alleviated some of these concerns.

As earlier mentioned, I am willing to share mail with Ebony, and I would appreciate receiving the same in return.

If there's a way to send that certificated mail via tracking or arrange a pick-up, that would be very helpful.

Please let me know how we can resolve this situation and ensure that all mail is being received.

Thank you for your assistance!

Best regards,
Ryan
<image0.png>
<image1.png>
<image2.png>
<image3.jpeg>

On Feb 12, 2025, at 1:30 PM, Crystal Pietroforte <crystal@henrydowlaw.com> wrote:

> Mr. Coleman,
>
> We sent you a second set of discovery via certified mail but have just received them back saying you did not pick them up. Will you please provide us with an address where we can mail them and you will pick them up?
>
> For convenience, I will attach them to this email as well.
>
> Respectfully,

Crystal Pietroforte
Paralegal
**HENRY + DOW**

**crystal@henrydowlaw.com**
**www.henrydowlaw.com**

**OKC**
**TULSA**
1211 N. Shartel Ave., Suite 1005
1437 South Boulder Ave. Suite. 1200
Oklahoma City, OK 73103
Tulsa, OK 74119
PH 405-605-0681
PH 918-933-4333

FX 918-512-4461

The information contained in this transmission is or may be protected by the attorney-client and/or the attorney work product privilege and is confidential. It is intended only for the use of the individual or entity identified above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination or distribution of this accompanying communication is prohibited. No applicable privilege is waived by the party sending this communication. If you have received this communication in error, please notify us immediately by reply and delete the original message from your system. Thank you, and we apologize for any inconvenience.

<2025_01_20_Second Discovery Requests to Father.pdf>

<H+D+M+A.png>

11:40 LTE

7 Messages

**Mail coordination**

communicate when I have mail?

From **Ebony Coleman**
on **05/06/2024 at 5:33 PM**

Ryan

The mail was forwarded a long time ago when we moved here. Not after the no contact order. You can confirm the date with the USPS.

Please change your address so you can receive future mail.

Reply Reply All



Fwd:

Gmail

Ryan Coleman <liveunitedokc@gmail.com>

## Mail coordination

6 messages

**Ryan Coleman** <liveunitedokc@gmail.com>
To: Crystal Pietroforte <crystal@henrydowlaw.com>
Cc: Ryan Coleman <ryan@liveunitedokc.com>, Allyson Dow <allyson@henrydowlaw.com>, Miranda Long <mirandalonglaw@gmail.com>

Hi Crystal,

I hope you're doing well. I wanted to follow up regarding our ongoing mail coordination.

Last week during the hearing, Allyson provided me with a bundle of mail, which has highlighted the fact that I am not receiving all of my mail as expected. I had attempted to address the lack c

As earlier mentioned, I am willing to share mail with Ebony, and I would appreciate receiving the same in return.

If there's a way to send that certificated mail via tracking or arrange a pick-up, that would be very helpful.

Please let me know how we can resolve this situation and ensure that all mail is being received.

Thank you for your assistance!

Best regards,
Ryan

Sent from my iPhone

On Feb 14, 2025, at 11:17 AM, Allyson Dow <allyson@henrydowlaw.com> wrote:

Hi Ryan-

I will instruct my client to give you any mail that arrives at her residence that is for you.

What mailing address can we mail these discovery requests to you at so you can get it?

Thank you,

ALLYSON DOW

<H+D+M+A.png>
www.henrydowlaw.com

**OKC Office:** 1211 N. Shartel Avenue, Suite 1005, OKC, OK 73103: 405.605.0681
Tulsa Office- *available upon request*

**Make a Secure Payment with your Debit/Credit card at:**
https://pay.gravity-legal.com/standing-link/2151f28c-327a-4f5b-b6e2-a9f493d8ff74

On Thu, Feb 13, 2025 at 11:26 PM Ryan Coleman <liveunitedokc@gmail.com> wrote:
Hi Crystal,

I hope you're doing well. I wanted to follow up regarding our ongoing mail coordination.

Last week during the hearing, Allyson provided me with a bundle of mail, which has highlighted the fact that I am not receiving all of my mail as expected. I had attempted to address

As earlier mentioned, I am willing to share mail with Ebony, and I would appreciate receiving the same in return.

If there's a way to send that certificated mail via tracking or arrange a pick-up, that would be very helpful.

Please let me know how we can resolve this situation and ensure that all mail is being received.

Thank you for your assistance!

Best regards,
Ryan
<image0.png>
<image1.png>
<image2.png>
<image3.jpeg>

On Feb 12, 2025, at 1:30 PM, Crystal Pietroforte <crystal@henrydowlaw.com> wrote:

Mr. Coleman,

We sent you a second set of discovery via certified mail but have just received them back saying you did not pick them up. Will you please provide us with an address where

For convenience, I will attach them to this email as well.

Respectfully,

Crystal Pietroforte
Paralegal
**HENRY + DOW**

**crystal@henrydowlaw.com**
www.henrydowlaw.com

**OKC**
1211 N. Shartel Ave., Suite 1005
Oklahoma City, OK 73103
PH 405-605-0681

**TULSA**
1437 South Boulder Ave. Suite. 1200
Tulsa, OK 74119
PH 918-933-4333
FX 918-512-4461

The information contained in this transmission is or may be protected by the attorney-client and/or the attorney work product privilege and is confidential. It is intended only for the use of the individual or entity identified above. If the reader of this

<2025_01_20_Second Discovery Requests to Father.pdf>

<H+D+M+A.png>

---

**Allyson Dow** <allyson@henrydowlaw.com> 14 February 2025 at 11:35
To: Ryan Coleman <liveunitedokc@gmail.com>
Cc: Crystal Pietroforte <crystal@henrydowlaw.com>, Ryan Coleman <ryan@liveunitedokc.com>, Miranda Long <mirandalonglaw@gmail.com>

Do you have our second set of discovery requests? Will you agree to answer them via the electronic one we sent or do I have to resend via certified mail?

Thank you,

Allyson Dow
HENRY + DOW

On Feb 14, 2025, at 11:31 AM, Ryan Coleman <liveunitedokc@gmail.com> wrote:

The same address you've had 1013 NE 120th OKC, ok 73131 and I'm sorry I mean to send you the stack of mail you handed me at the hearing. I didn't see it in that stack.
[Quoted text hidden]

---

**Ryan Coleman** <liveunitedokc@gmail.com> 14 February 2025 at 13:36
To: Allyson Dow <allyson@henrydowlaw.com>
Cc: Crystal Pietroforte <crystal@henrydowlaw.com>, Ryan Coleman <ryan@liveunitedokc.com>, Miranda Long <mirandalonglaw@gmail.com>

Dear Allyson,

I appreciate your correspondence regarding the discovery requests. I want to clarify that I am not refusing your request, but I need a couple of days to consult with an attorney before I can provide a definitive answer.

It is concerning that your client was aware I wasn't receiving my mail. In court on October 30, both you and the court were made aware that I hadn't been receiving my mail, when you handed me my mail at the last hearing I reminded you and Ebony was first made aware of this issue on May 6. Additionally, she had withheld important mailings along DHS appeal documents that were forwarded to her address and did not provide those documents to me until after the appeal date had passed, which significantly impacted my case.

Given the upcoming deadlines and the time-sensitive nature of some documents, I find it essential to approach this matter with caution. If electronic delivery is an option, I'll let you know as soon as possible. I am willing to work with you on this. I kindly ask that you send the requested documents with tracking, as I will review them with legal counsel and respond accordingly. Additionally, please confirm the estimated delivery timeline for these documents, as I need to ensure they arrive before the deadline.

Thank you for your understanding.

Best regards,
Ryan Coleman
Ryan@liveunitedokc.com

On Feb 14, 2025, at 11:35 AM, Allyson Dow <allyson@henrydowlaw.com> wrote:

Do you have our second set of discovery requests? Will you agree to answer them via the electronic one we sent or do I have to resend via certified mail?
[Quoted text hidden]

---

**Ryan Coleman** <liveunitedokc@gmail.com> 19 February 2025 at 11:42
To: steve@dittolawoffices.com

Sent from my iPhone

Begin forwarded message:

**From:** Ryan Coleman <liveunitedokc@gmail.com>
**Date:** February 14, 2025 at 11:31:39 AM CST
**To:** Allyson Dow <allyson@henrydowlaw.com>
**Cc:** Crystal Pietroforte <crystal@henrydowlaw.com>, Ryan Coleman <ryan@liveunitedokc.com>, Miranda Long <mirandalonglaw@gmail.com>
**Subject: Re: Mail coordination**

The same address you've had 1013 NE 120th OKC, ok 73131 and I'm sorry I mean to send you the stack of mail you handed me at the hearing. I didn't see it in that stack.
[Quoted text hidden]